```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 21069
    NATHANIEL SCURLOCK
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5476


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/25/2005 and was confirmed 07/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

    The case was dismissed after confirmation 10/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CHRYSLER FINANCIAL         SECURED          8000.00          .00         6639.34
NATIONAL QUICK CASH        SECURED           445.50          .00          369.74
CCE NETWORK INC            PRIORITY       NOT FILED          .00              .00
AMERICASH                  UNSECURED      NOT FILED          .00              .00
CAPITAL ONE BANK           UNSECURED      NOT FILED          .00              .00
CCE NETWORK INC            UNSECURED      NOT FILED          .00              .00
CITY OF CHICAGO PARKING    UNSECURED         3200.00         .00              .00
CHRYSLER FINANCIAL         UNSECURED      NOT FILED          .00              .00
FIRST CONSUMERS NB         UNSECURED             .00         .00              .00
FIRST CONSUMERS NB         UNSECURED         1976.29         .00              .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED          .00              .00
RESURGENT ACQUISITION LL   UNSECURED         3476.16         .00              .00
LEGAL REMEDIES CHARTERED   DEBTOR ATTY      2,080.00                      2,080.00
TOM VAUGHN                 TRUSTEE                                          548.92
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    9,638.00

PRIORITY                                                .00
SECURED                                            7,009.08
UNSECURED                                               .00
ADMINISTRATIVE                                     2,080.00
TRUSTEE COMPENSATION                                 548.92
DEBTOR REFUND                                           .00
                          ---------------       ---------------
TOTALS                     9,638.00                9,638.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 21069 NATHANIEL SCURLOCK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 21069 NATHANIEL SCURLOCK